IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:03-cv-195-DGW |
| ) | |
| DETECTIVE BARIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is hereby set for a **FINAL PRETRIAL CONFERENCE** on November 21, 2005 at 9:30 a.m. before the Honorable Donald G. Wilkerson, at the United States District Courthouse, 750 Missouri Avenue, East St. Louis, Illinois.  Appearance of counsel of record is mandatory unless excused by the court.

**DATED: October 7, 2005**

                                                      **s/ Donald G. Wilkerson**
                                                      **DONALD G. WILKERSON**
                                                      **United States Magistrate Judge**