IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:03-cv-195-JPG |
| ) | |
| DETECTIVE BARIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to Local Rule 83.1(i), Attorney Donald W. Ward of Herzog, Crebs, et al., 515 North Sixth Street, One City Centre, 24th Floor, St. Louis, Missouri 63101 is hereby **APPOINTED** to represent the Plaintiff for purposes of the Final Pretrial Conference and Trial, **ONLY**.

An in-person status conference to determine the Final Pretrial Conference date in this matter is set for Thursday, March 9, 2006 at 1:00 p.m. before the Honorable Donald G. Wilkerson, at the United States District Courthouse, 750 Missouri Avenue, East St. Louis, Illinois. Appearance of counsel of record is mandatory.

**DATED: January 4, 2006.**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**