UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>MAYOR OF CARBONDALE, ILLINOIS, et al.,<br><br>    Defendant. | Case No. 03-cv-195-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This Court having dismissed some of the claims in this action, and the plaintiff having dismissed the remaining claims voluntarily,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Timothy Thomas's claims against the Mayor of Carbondale, the City of Carbondale, the Carbondale Police Department and Carbondale Chief of Police R.T. Finney are **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that all plaintiff's claims against the remaining unnamed defendants and named defendants Detective Baril, M.D. Goddard, Detective Boyd and Patrolman Wilmore are hereby **DISMISSED WITHOUT PREJUDICE**.

**DATED: January 31, 2007.**

                                                                    NORBERT G. JAWORSKI, CLERK

                                                                    _____
                                                                    By:s/Deborah Agans, Deputy Clerk


**APPROVED: s/ J. Phil Gilbert**
             **J. PHIL GILBERT**
             **U.S. District Judge**